UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

THE KELLY FIRM, P.C.
Andrew J. Kelly, Esq.
1011 Highway 71, Suite 200
Spring Lake, NJ  07762
(732) 449-0525
akelly@kbtlaw.com
Attorneys for Bunce D. Atkinson,
Chapter 7 Trustee

Order Filed on August 14, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ROBERT P. LORICCO and
NICOLE A. LORICCO,
                    Debtors.

Case No.:       20-15240

Chapter:            7

Judge:            KCF

# ORDER AUTHORIZING RETENTION OF

## THE KELLY FIRM, P.C.

The relief set forth on the following page is **ORDERED**.

**DATED: August 14, 2020**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____The Kelly Firm, P.C._____
as _____Attorneys for the Trustee_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:   1011 Highway 71
   Suite 200
   Spring Lake, NJ  07762

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2

```
                        United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                          Case No. 20-15240-KCF
Robert P. Loricco                                               Chapter 7
Nicole A. Loricco
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1           Date Rcvd: Aug 14, 2020
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2020.
db/jdb         +Robert P. Loricco,    Nicole A. Loricco,    106 Conrad Court,
                 Manchester Township, NJ 08759-6251

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 14, 2020 at the address(es) listed below:
              Andrew J. Kelly    on behalf of Trustee Bunce  Atkinson akelly@kbtlaw.com,
               wsheridan@kbtlaw.com;cyaccarinoesq@me.com;saudino@kbtlaw.com;mgifford@kbtlaw.com;kgaldieri@kbtlaw
               .com;tgraga@kbtlaw.com
              Bunce  Atkinson    bunceatkinson@aol.com,    NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,
               atkinson@remote7solutions.com
              David A. Semanchik    on behalf of Joint Debtor Nicole A. Loricco info@semanchiklaw.com
              David A. Semanchik    on behalf of Debtor Robert P. Loricco info@semanchiklaw.com
              Elizabeth K. Holdren    on behalf of Creditor    CARRINGTON MORTGAGE SERVICES, LLC
               eholdren@hillwallack.com,    jhanley@hillwallack.com;hwbknj@hillwallack.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6