**THE KELLY FIRM, P.C.**
Andrew J. Kelly, Esq.
Bunce D. Atkinson, Esq.
Travis R. Graga, Esq.
Coast Capital Building
1011 Highway 71, Suite 200
Spring Lake, New Jersey 07762
(732) 449-0525
akelly@kbtlaw.com
bunceatkinson@aol.com
tgraga@kbtlaw.com
*Attorneys for the Trustee, Bunce D. Atkinson, Esq.*

| In re: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
|---|---|
| Robert P. Loricco and Nicole A. Loricco | Case No.: 20-15240 KCF |
| Debtors. | Hon. Kathryn C. Ferguson |
| | Hearing Date: May 10, 2022 at 10:00 a.m. |

**ORDER APPROVING CONTRACT AND SALE OF 106 CONRAD COURT, MANCHESTER TOWNSHIP, NEW JERSEY "AS IS," "WHERE IS," WITH NO WARRANTIES EXPRESS OR IMPLIED AND FREE AND CLEAR OF ALL LIENS CLAIMS AND ENCUMBRANCES, WITH LIENS, CLAIMS AND ENCUMBRANCES TO ATTACH TO PROCEEDS, AUTHORIZING THE TRUSTEE TO EXECUTE ALL CLOSING DOCUMENTS, AND MAKE DISTRIBUTIONS**

The relief set forth on the following page, numbered two (2) through three (3) is hereby **ORDERED**.

Page (2)

| | |
|---|---|
| Debtor: | Robert P. Loricco and Nicole A. Loricco |
| Case No.: | 20-15240 (KCF) |
| Caption of Order: | ORDER APPROVING CONTRACT OF SALE AND AUTHORIZING CLOSING |

THIS MATTER having been opened to the Court by The Kelly Firm, P.C., attorneys for the Chapter 7 Trustee, Bunce D. Atkinson (the "Trustee") for the Debtor Estate of Robert P. Loricco and Nicole A. Loricco, and the Court having read and considered the Trustee's Motion and supporting pleadings seeking the entry of the within Order and any timely opposition filed; and the Court having considered the arguments of counsel (if any) at the hearing; and it appearing that proper notice and service has been provided and made as demonstrated by the Certification of Service filed with this Court; and for all the terms set forth on the record; and for good cause being shown; it is hereby

ORDERED AS FOLLOWS:

1. The contract of sale between the Trustee and Binyomin Menachem and Ester Rochel Katz, hereinafter "the Buyers" for the property located at 106 Conrad Court, Manchester Township, New Jersey a/k/a Block 61.07, Lot 22, on the Tax Map of the Township of Manchester, hereinafter the "Real Property" for the sum of $450,000.00 is approved.

2. The Trustee be and hereby is authorized to execute any and all documents necessary to effectuate the sale of the Real Property to Buyers including but not limited to a Trustee Deed, Affidavit of Title, and Closing Statement, and to make payment to any Mortgagee for the balance due on the mortgage upon receipt of proof of the amount due, to pay to the Township of Manchester any outstanding real estate taxes, and to pay any outstanding homeowner association fees.

Page (3)

| | |
|---|---|
| Debtor: | Robert P. Loricco and Nicole A. Loricco |
| Case No.: | 20-15240 (KCF) |
| Caption of Order: | ORDER APPROVING CONTRACT OF SALE AND AUTHORIZING CLOSING |

3. The sale of the Real Property by the Trustee is "AS IS," "WHERE IS," with no warranties express or implied, including but not limited to warranties of Fitness for a Particular Purpose or for Habitability. The sale is free and clear of all liens, including but not limited to all mortgages, real estate tax liens, tax liens, homeowner association liens, judgments, and encumbrances, with valid liens, claims and encumbrances, to attach to the proceeds of sale.

4. Upon closing of title, the Trustee is authorized to pay without further order of the Court, the Buyers' real estate broker Yehuda Neustadt of Keller Williams Shore Properties a commission of 2.5% of the sale price.