UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

THE KELLY FIRM, PC
Coast Capital Building
1011 Highway 71, Suite 200
Spring Lake, New Jersey 07762-2030
(732) 449-0525
Attorneys for Bunce Atkinson, Chapter 7 Trustee

Order Filed on June 14, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ROBERT P. LORICCO and NICOLE A. LORICCO,
                Debtors.

Case No.: 20-15240
Chapter: 7
Judge: KCF

## ORDER AUTHORIZING RETENTION OF
## KELLER WILLIAMS SHORE PROPERTIES

The relief set forth on the following page is **ORDERED**.

**DATED: June 14, 2022**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain  <u>Keller Williams Shore Properties</u>
as <u>          Realtor to Chapter 7 Trustee          </u>, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

   The professional's address is:  <u>1030 Hooper Avenue          </u>

   <u>Toms River, NJ 08753          </u>

   <u>                              </u>

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                           Case No. 20-15240-KCF
Robert P. Loricco                                                                                Chapter 7
Nicole A. Loricco
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 14, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Robert P. Loricco, Nicole A. Loricco, 106 Conrad Court, Manchester Township, NJ 08759-6251 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2022        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew J. Kelly | on behalf of Trustee Bunce Atkinson akelly@kbtlaw.com wsheridan@kbtlaw.com;saudino@kbtlaw.com;tgraga@kbtlaw.com;pschenke@kbtlaw.com |
| Bunce Atkinson | on behalf of Trustee Bunce Atkinson bunceatkinson@aol.com NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com |
| Bunce Atkinson | bunceatkinson@aol.com  NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com |
| David A. Semanchik | on behalf of Joint Debtor Nicole A. Loricco info@semanchiklaw.com |
| David A. Semanchik | on behalf of Debtor Robert P. Loricco info@semanchiklaw.com |

District/off: 0312-3     User: admin     Page 2 of 2
Date Rcvd: Jun 14, 2022     Form ID: pdf903     Total Noticed: 1

Elizabeth K. Holdren
   on behalf of Creditor CARRINGTON MORTGAGE SERVICES LLC eholdren@hillwallack.com,
jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com

Travis Graga
   on behalf of Trustee Bunce Atkinson tgraga@kbtlaw.com
akelly@kbtlaw.com;wsheridan@kbtlaw.com;saudino@kbtlaw.com;pschenke@kbtlaw.com

U.S. Trustee
   USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8